IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARE MACMILLAN-BELL )
         Plaintiff )
)
v. ) No. 1:15-CV-2463
)
PETER KANG, MD, )

and

ALLBETTERCARE URGENT CARE CENTER, ) ***JURY TRIAL DEMANDED***
)
)
         Defendants )

## DISMISSAL STIPULATION

It is hereby agreed by and between counsel, with the consent of all parties in the case, that the original Complaint and Amended Complaint of plaintiff, Clare MacMillan-Bell, against defendants, Peter Kang, MD and AllBetterCare Urgent Care Center, are dismissed with prejudice. As a result, the entire case is hereby dismissed with prejudice.

_____
John W. Baldante, Esq.
Levy Baldante Finney & Rubenstein, P.C.
1845 Walnut Street, 13th Floor
Philadelphia, PA 19103
Attorneys for Plaintiff

_____
John C. Farrell, Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Attorneys for Defendants

BY THE COURT:

s/Yvette Kane
_____
                                J.